Peter M. de Jonge, UT 7185
Jed H. Hansen, UT 10679
**THORPE, NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, Utah 84070
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Mark M. Bettilyon, UT 4798
Samuel C. Straight, UT 7638
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Plaintiff*
American Covers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| AMERICAN COVERS, INC., a Utah Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>CHIC ACCESSORIES, LLC, an Illinois Limited Liability Company, and CUSTOM ACCESSORIES, INC., an Illinois Corporation<br><br>   Defendants. | Case No.: 2:11-cv-00556-CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge Clark Waddoups |

Pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(i), Plaintiff American Covers, Inc. ("American Covers") by and through its counsel, hereby files this notice of voluntary dismissal. The Complaint in this action was filed June 15, 2011. Since that time the parties have been diligently working to reach an amicable resolution of the claims. No answer has been filed.

1

Having entered into a confidential settlement agreement, American Covers hereby dismisses its claims against the Defendants with prejudice with each party to bear its own costs, expenses, and attorneys fees.

DATED: March 13th, 2012                THORPE NORTH & WESTERN, LLP


  /Jed H. Hansen/
Peter M. de Jonge
Jed H. Hansen
THORPE NORTH & WESTERN, LLP

Mark M. Bettilyon
Samuel C. Straight
RAY QUINNEY & NEBEKER, PC

Attorneys for Plaintiff
American Covers

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served upon the Defendant at the following by the methods indicated below:

| | |
|---|---|
| Max Shaftal | _____ Electronic Mail |
| PATZIK, FRANK & SAMOTNY LTD | _X_ United States Mail |
| 150 South Wacker Drive Ste 1500 | First Class, Postage Pre-Paid |
| Chicago, Illinois 60606 | _____ Overnight Delivery |
| | _____ Fax Transmission |

Dated: 13th day of March, 2012

___/Kelley Warner/_____

Kelley Warner