IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| AMERICAN COVERS, INC., a Utah Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>CHIC ACCESSORIES, LLC, an Illinois Limited Liability Company, and CUSTOM ACCESSORIES, INC., an Illinois Corporation<br><br>  Defendants. | Case No.: 2:11-cv-00556-CW<br><br>**ORDER OF DISMISSAL**<br><br>Judge Clark Waddoups |

Pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(i), and Plaintiff's Notice of Voluntary Dismissal, the Court hereby dismisses the above-captioned action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys fees.

DATED this 13th day of March, 2012

_____
Judge Clark Waddoups

1